THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>WAYNE LEE LANKHAAR,<br><br>Defendant. | NO. CR22-0107-JCC-2<br><br>[~~Proposed~~] ORDER TO DISMISS WITHOUT PREJUDICE |

Upon the Motion of the United States of America, the Court hereby ORDERS that the charges contained in the above-captioned criminal indictment against defendant Wayne Lee Lankhaar (only) are hereby dismissed without prejudice. Defendant's release bond is hereby exonerated.

DATED this 26th day of March 2024.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

Order - 1
*United States v. Wayne Lee Lankhaar* / CR22-107-JCC-2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  *s/ Stephen Hobbs*
   STEPHEN HOBBS
2  Assistant United States Attorney

Order - 2
*United States v. Wayne Lee Lankhaar* / CR22-107-JCC-2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970